**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

In re: HAMPTON, SHAUN MICHAEL　§　Case No. 10-31378
　§
　§
Debtor(s)　§

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 24, 2010.  The undersigned trustee was appointed on November 15, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of　　$　　　2,500.00

　　Funds were disbursed in the following amounts:
　　Payments made under an
　　　interim distribution　　　　　　　　　　　　　0.00
　　Administrative expenses　　　　　　　　　　　　0.00
　　Bank service fees　　　　　　　　　　　　　　　50.00
　　Other payments to creditors　　　　　　　　　　0.00
　　Non-estate funds paid to 3rd Parties　　　　　0.00
　　Exemptions paid to the debtor　　　　　　　　　0.00
　　Other payments to the debtor　　　　　　　　　0.00

　　Leaving a balance on hand of [1]　　$　　　2,450.00

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/16/2013 and the deadline for filing governmental claims was 05/23/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $625.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $625.00, for a total compensation of $625.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $313.25, for total expenses of $313.25.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/17/2013          By:/s/NORMAN E. ROUSE, TRUSTEE
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-31378  
**Case Name:** HAMPTON, SHAUN MICHAEL  

**Trustee:** (450240) NORMAN E. ROUSE, TRUSTEE  
**Filed (f) or Converted (c):** 11/13/12 (c)  
**§341(a) Meeting Date:** 12/13/12  

**Period Ending:** 10/17/13  
**Claims Bar Date:** 07/16/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1824 Redbird Drive, Webb City MO 64870 | 100,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account ending in xxxx-???? Arvest Bank | 2,500.00 | 0.00 | | 0.00 | FA |
| 3 | Savings account ending in xxxx-???? Arvest Bank | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Bedroom set, living room set, kitchen appliances | 2,900.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding rings | 3,500.00 | 0.00 | | 0.00 | FA |
| 7 | 2005 Nissan Titan VIN No. | 10,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2005 Nissan Murano VIN No. | 12,000.00 | 0.00 | | 0.00 | FA |
| 9 | 1967 Ford Mustang VIN No. (it is in pieces) | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | 1979 Dodge truck  (u) | 750.00 | 0.00 | | 0.00 | FA |
| 11 | 2005 Dodge Magnum  (u) | 5,000.00 | 2,700.00 | | 2,500.00 | FA |
| 11 | **Assets Totals** (Excluding unknown values) | **$140,200.00** | **$2,700.00** | | **$2,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

01/02/13 email from Tammy Hydeman - requesting the case be continued  
02/06/13 Motion to extend time to object to discharge  
02/18/13 Reviewed the assets listed in BMS  
03/12/13 Email to Jon the equity in the assets  and amount owed to the estate  
04/03/13 Second Motion to extend time to object to dischage  
04/12/13 Received the $2,500 equity from the debtor  
04/18/13 Motion to transfer equity in the truck  
08/19/13 object to secured claims  
09/26/13 Worked up the TFR  
10/02/13 Waiting to send the TFR up due to the government shut down  

**Initial Projected Date Of Final Report (TFR):**     June 13, 2014          **Current Projected Date Of Final Report (TFR):**     June 13, 2014

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-31378 | | **Trustee:** | NORMAN E. ROUSE, TRUSTEE (450240) |
|---|---|---|---|---|
| **Case Name:** | HAMPTON, SHAUN MICHAEL | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****720766 - Checking Account |
| **Taxpayer ID #:** | **-***5214 | | **Blanket Bond:** | $16,000,000.00 (per case limit) |
| **Period Ending:** | 10/17/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/12/13 | {11} | Jonathan Bhend | Purchase of equity in vehicle | 1229-000 | 2,500.00 | | 2,500.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,490.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,480.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,470.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,460.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,450.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2,500.00 | 50.00 | $2,450.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 2,500.00 | 50.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,500.00** | **$50.00** | |

Net Receipts :      2,500.00

Net Estate :      $2,500.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****720766** | 2,500.00 | 50.00 | 2,450.00 |
| | $2,500.00 | $50.00 | $2,450.00 |

{} Asset reference(s)         Printed: 10/17/2013 04:26 PM    V.13.13

# Exhibit C - Claims Analysis

## Case: 10-31378   HAMPTON, SHAUN MICHAEL

Claims Bar Date: 07/16/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | NORMAN E. ROUSE, TRUSTEE<br>5957 East 20th Street<br>P.O. BOX 1846<br>JOPLIN, MO 64802<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>11/13/12 | | $313.25<br>$313.25 | $0.00 | $313.25 |
| | NORMAN E. ROUSE, TRUSTEE<br>5957 East 20th Street<br>P.O. BOX 1846<br>JOPLIN, MO 64802<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>11/13/12 | | $625.00<br>$625.00 | $0.00 | $625.00 |
| 1 -1 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/29/10 | | $6,375.51<br>$6,375.51 | $0.00 | $6,375.51 |
| 2 -1 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/01/10 | | $2,271.10<br>$2,271.10 | $0.00 | $2,271.10 |
| 3 -1 | Sallie Mae Inc. on behalf of USA FUNDS<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/17/10 | | $3,945.70<br>$3,945.70 | $0.00 | $3,945.70 |
| 4 -1 | Toyota Motor Credit Corporation<br>5005 North River Blvd., N.E.<br><br>Cedar Rapids, IA 52411-6634<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>12/17/10 | - Objection to claim - Order # 109 09/23/2013 | $16,974.75 *<br>$0.00 | $0.00 | $0.00 |
| 5 -1 | Arvest Bank Operations<br>701 S Main<br><br>Joplin, MO 64802-0000<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>12/17/10 | - Objection to claim Order # 111 09/24/2013 | $7,337.46 *<br>$0.00 | $0.00 | $0.00 |
| 6 -1 | Fia Card Services, NA As Successor In Interest to<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive,DE5-023-03-03<br>Newark, DE 19713 | Unsecured<br>12/23/10 | | $1,928.50<br>$1,928.50 | $0.00 | $1,928.50 |

(*) Denotes objection to Amount Filed

# Exhibit C - Claims Analysis

## Case: 10-31378   HAMPTON, SHAUN MICHAEL

Claims Bar Date: 07/16/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 7 -1 | HSBC Bank Nevada, N.A. | Unsecured | | $1,727.36 | $0.00 | $1,727.36 |
| | Bass & Associates, P.C. | 01/05/11 | | $1,727.36 | | |
| | 3936 E. Ft. Lowell Road, Suite #200 | | | | | |
| | Tucson, AZ 85712 | | | | | |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 -1 | CitiMortgage, Inc. | Secured | | $99,351.01 * | $0.00 | $0.00 |
| | PO Box 688971 | 01/26/11 | | $0.00 | | |
| | | | - Objection to claim  Order # 110 09/20/2013 | | | |
| | Des Moines, IA 50368-8971 | | | | | |
| | <4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |
| 9 -1 | eCAST Settlement Corporation | Unsecured | | $11,794.04 | $0.00 | $11,794.04 |
| | assignee of Citibank | 01/27/11 | | $11,794.04 | | |
| | (South Dakota) NA | | | | | |
| | POB 29262 | | | | | |
| | New York, NY 10087-9262 | | | | | |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 10 -1 | Precision Rcvy Analytics | Unsecured | | $1,638.58 | $0.00 | $1,638.58 |
| | c/o B-Line, LLC | 02/17/11 | | $1,638.58 | | |
| | MS 550,PO Box 91121 | | | | | |
| | Seattle, WA 98111-9221 | | | | | |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 11 -1 | Portfolio Recovery Associates, LLC | Unsecured | | $927.90 | $0.00 | $927.90 |
| | POB 12914 | 03/26/11 | | $927.90 | | |
| | Norfolk, VA 23541 | | | | | |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 12 -1 | Portfolio Recovery Associates, LLC | Unsecured | | $862.67 | $0.00 | $862.67 |
| | POB 12914 | 03/26/11 | | $862.67 | | |
| | Norfolk, VA 23541 | | | | | |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 13 -1 | Toyota Motor Credit Corporation | Unsecured | | $10,709.20 | $0.00 | $10,709.20 |
| | (TMCC) | 05/08/13 | | $10,709.20 | | |
| | PO BOX 8026 | | | | | |
| | Cedar Rapids, IA 52408-8026 | | | | | |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$43,118.81** |

(*) Denotes objection to Amount Filed

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-31378
Case Name: HAMPTON, SHAUN MICHAEL
Trustee Name: NORMAN E. ROUSE, TRUSTEE

**Balance on hand:**     $     2,450.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $        0.00
Remaining balance:    $    2,450.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - NORMAN E. ROUSE, TRUSTEE | 625.00 | 0.00 | 625.00 |
| Trustee, Expenses - NORMAN E. ROUSE, TRUSTEE | 313.25 | 0.00 | 313.25 |

Total to be paid for chapter 7 administration expenses:    $      938.25
Remaining balance:    $    1,511.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $        0.00
Remaining balance:    $    1,511.75

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $        0.00
Remaining balance:    $    1,511.75

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 42,980.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 -1 | Discover Bank | 6,375.51 | 0.00 | 228.50 |
| 2 -1 | Dell Financial Services L.L.C. | 2,271.10 | 0.00 | 81.40 |
| 3 -1 | Sallie Mae Inc. on behalf of USA FUNDS | 3,945.70 | 0.00 | 141.41 |
| 6 -1 | Fia Card Services, NA As Successor In Interest to | 1,928.50 | 0.00 | 69.12 |
| 7 -1 | HSBC Bank Nevada, N.A. | 1,727.36 | 0.00 | 61.91 |
| 9 -1 | eCAST Settlement Corporation assignee of Citibank | 11,794.04 | 0.00 | 422.69 |
| 10 -1 | Precision Rcvy Analytics | 1,638.58 | 0.00 | 58.73 |
| 11 -1 | Portfolio Recovery Associates, LLC | 927.90 | 0.00 | 33.26 |
| 12 -1 | Portfolio Recovery Associates, LLC | 862.67 | 0.00 | 30.92 |
| 13 -1 | Toyota Motor Credit Corporation (TMCC) | 10,709.20 | 0.00 | 383.81 |

Total to be paid for timely general unsecured claims: $ 1,511.75
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**